UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                        Plaintiff,

                        -against-                               **NOTICE OF MOTION**
                                                                              07Cr.897(AKH)

ANGEL MORALES,

                                        **Defendant.**
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the papers and proceedings that constitute the record to date, the undersigned Richard Jasper, Esq., counsel for Angel Morales, will move this court, at the United States Courthouse, at 500 Pearl Street, New York, New York, at a time and date to be fixed by the Court for the following relief:

      1.     An order directing the government to provide advance notice of 404(b) material.

      2.     An order directing the government to provide all information that is material and favorable to the defendant pursuant to *Kyles v. Whitley*, 115 S.Ct. 1555 (1995), *Brady v. Maryland*, 373 U.S. 73 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), *United States v. Bagley*, 473 U.S. 667 (1987) and their progeny.

      3.     Such other and further relief or to this court may seem just and proper.

Dated: New York, New York
       December 31, 2007

                                                                       Respectfully submitted,

                                                                       _____
                                                                       Richard Jasper
                                                                       276 Fifth Avenue, Suite 501
                                                                       New York, New York 10001
                                                                       (212) 689-3858