

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2008

So Ordered. 1/29/08

Signed _____

<u>Via Facsimile</u>
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street Room 1050
New York, NY 10007

United States v. Angel Morales, et al.,
07 Cr. 897 (AKH)

Dear Judge Hellerstein:

    The Government writes, with the consent of the defendants, to extend the Government's time to respond to motions recently filed by the defendants, for an additional two weeks, to Friday, February 1.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Jeffrey A. Brown
Assistant United States Attorney
(212) 637-1110

cc by fax:    Richard Jasper, Esq.
David Goldstein, Esq.
Ronald Garnett, Esq.
Kelley Sharkey, Esq.