

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2008

**Via Facsimile**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street Room 1050
New York, NY 10007

*The conf. is adjourned, all time is excluded, to Sep. 3, 2008, at 10:30 a.m.*

*8-21-08*
*/s/ AKHellerstein*

United States v. Angel Morales, et al.,
07 Cr. 897 (AKH)

Dear Judge Hellerstein:

The next pre-trial conference in this case is scheduled for Tuesday, August 26, 2008, at 10:30 a.m. The parties have discussed a disposition, and expect to have completed our discussions by early September. In addition, the Government will be out of the office on August 26, 2008. For these reasons, the Government respectfully requests that the conference scheduled for August 26, 2008, be adjourned until the first or second week of September.

The Government respectfully requests that the Court exclude time from today until the date set for the initial pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to discuss a possible disposition of this matter with defense counsel. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _/s/ Todd Blanche_
Todd Blanche
Assistant United States Attorney
(212) 637-2494

cc by fax: Richard Jasper, Esq.

TOTAL P.02